## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Kansas City Chiefs Football Club, Inc. and the NFLMC
_____
Plaintiff

v.                                          Case Number: 4:12-cv-00238-DW
                                                         _____

Taje Allen et al. and the National Football League Players Association
_____
Defendant

TO:  **Daniel N. Allmayer**
     _____
     Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 3/9/2012 _____ , or within 90 days after
                                                          Date request was sent

that date if the request was sent outside the United States.

4/3/2012
_____          _____
Date                                      Signature

                                          **Brian P. Baggott**
                                          _____
                                          Printed/Typed Name

                                          Shook, Hardy & Bacon, LLP, 2555 Grand Blvd.
                                          _____
                                          Street Address

                                          **Kansas City, MO  64108**
                                          _____
                                          City/State/Zip

                                          Taje Allen e al. and the National Football League Players Association
                                          _____
                                          Party Represented

                                          (816) 474-6550              Mo. 58494
                                          _____
                                          Telephone Number          Bar #

:waivsum.int                              (Scc Reverse)